United States Bankruptcy Court
Middle District of Georgia

| | |
|---|---|
| IN RE:<br>Jimmy Lee Mccullough<br>Mary Helen Mccullough<br>828 Baxley Way<br>Columbus, GA 31907 | Chapter 13<br><br>Case No. 10-41147-JTL |

Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $223.31 in unclaimed funds of Lydia Cladek, creditor.

Last Known Address (Most recent listed left to right):

Lydia Cladek
108 Seagrove Main St
St. Augustine, FL 32080

Dated: 9/18/2014

/s/ A. Kristin Hurst

A. Kristin Hurst. Trustee